November 21, 2015

Reba D. Sqyures - District Clerk
159th District Court of Angelina County
Lufkin, Texas 75902-0908

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 01 2015

Abel Acosta. Clerk

Abel Acosta - Clerk
Court Of Criminal Appeals
P.O.Box 12308
Austin, Texas 78711

In re: WELDON BRIDGES Vs. The State of Texas
Cause No. CR-27979-A

Dear Clerk,
    I am writing to object to the Clerk's (159th)
Certification filed on the 13th day of November, 2015.
I ask for the Deputy District Clerk, 159th District Clerk
to find and forward all filings inreguards to the
Writ that I filed.
    The November 16, 2015 copy from Reba Sqyures-
District Clerk is missing the following:
1. 217th District Court Reporter's Certificate and
   Volume 2 page 1-5 in "Hand Made Copy"
2. Facsimile Transmission on July 30, 2008 From
   the Deaton Law Firm to John Heath Jr. in
   "Hand made Copy"
3. Omitted Reporter's Records in the 217th District
   Court (a) Hearing on July 18 2008 (b) Hearing on August, 4
   2008, (c) Hearing held on October 6, 2008.

1.

4. Case Summary Sheet at Appeal No. 12-13-00268-CR, and Appeal No. 06-12-00109-CR (Record No. 0004) in "Hand made Copy". (Record No. 0019)

5. Order Setting Hearing Date (filed on July 17, 2015)

6. Writ: Requesting Bond or Release filed: October, 5, 2015.

7. Appeal Twelfth C.O.A. Number 12-15-00274-CR

8. [If] applicable: Formal Bill of Exception: 06-12-00109-CR- Appeal

I ask that these missing items be sent forward as they where filed as required. I can make additional "Hand made Copy[s]" if needed.

Thanks for Your Time and Consideration

Respectfully
Weldon Brady
18 Applicant 18
Applicant
Pro-se
Nathenial J. Neal Unit
9055 Spur 591
Amarillo, Texas
79107

cc.file

2.

Motion For Leave To File:

# In the Court Of Criminal Appeals Austin Texas

| | |
|---|---|
| Ex parte | § The 159TH District Court of |
| WELDON Bridges | § Angelina County, Texas |
| Vs. | § |
| The State Of Texas | § Cause No. CR-27,979-A |

## Summon and or Subpoena

To The Honorable Justice of Said Court:

Comes Now WELDON BRIDGES, applicant, pursuant to article 11.07 Texas Code Of Criminal Procedure and Standard Discovery or Article 24.01, for execution of subpoena to procure process and obtain evidence exculpatory or inculpatory to the defense or applicant within: Angelina County Sheriff's Office (Department) Case No. 06-00056, retained by this department or agency and/or the District Clerk's Department, and/or the District Attorney's Office, for the State.

This process was omitted at appeal upon this case, and this summons is the only way applicant can secure the omitted or overlooked portions upon review.

Applicant ask that the Honorable Court Grant this and subpoena the records in the name of justice, "fiat justia".

Respectfully Submitted

Weldon Bridges

WELDON BRIDGES
Applicant.
Pro se

Signed on _____, 2015